Magda Newberg, Appellee, v. Edward Jackson, and Forrest Jackson, His Wife, Appellants.

Gen. No. 47,221.

First District, First Division.

March 10, 1958.

Released for publication May 6, 1958.

Jiro Yamaguchi (Paul R. Goldman, of counsel) for Edward Jackson and Forrest Jackson, appellants; Zukowski, Bak & Meier, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.